**EXHIBIT "A"**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

BRYAN CASTILLO MORALES,                          Case No.: 24 cv 177
                                                              (JRC)

                Plaintiff,

-against-

BEYTI KEBAB, INC.; and
SEDICK CICEK, individually,
                Defendants.

---

The matter in the above-captioned action having been amicably resolved by and between the parties, and the court having approved the settlement as a fair and reasonable, it is hereby stipulated and agreed, pursuant to Federal Rule of Civil Procedure 41(a)(2), that the case shall be, and hereby is, dismissed with prejudice and without costs or attorneys' fees against any party with the right to restore the case only in the event of default/non-payment.

Dated: New York City
       May 29, 2024

CILENTI & COOPER, PLLC                     EMRE POLAT, PLLC
Attorneys for Plaintiff                            Attorneys for Defendants

_____               _____
Peter H. Cooper, Esq.                          Emre M. Plat, Esq.


So Ordered:  S/ James R. Cho, U.S.M.J.
_____